**SO ORDERED.**
**SIGNED this 7th day of July, 2014**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

_____
Richard Stair Jr.
UNITED STATES BANKRUPTCY JUDGE

_____

*IN THE UNITED STATES BANKRUPTCY COURT FOR THE*
*EASTERN DISTRICT OF TENNESSEE*
*NORTHERN DIVISION AT KNOXVILLE*

IN RE:

**STEVEN ALLEN FULTZ,**   Case No. 13-32716
                          Chapter 7
   Debtor.

### ORDER ALLOWING COMPROMISE OF DISPUTE

Michael H. Fitzpatrick, Trustee, moved the Court for authority to settle a claim of the estate against Branch Banking & Trust Corporation and gave notice to creditors and other parties in interest of the compromise pursuant to passive notice under E.D. Tenn. LBR 9013-1(h). No objections were filed. The court is therefore of the opinion that the motion should be granted as follows.

1. That the trustee be and is hereby allowed to compromise the estate's claim against Branch Banking & Trust Corporation for payment of $1,600.00. Adversary Proceeding 14-3025 shall be dismissed once the funds are received.

###

APPROVED:

*/s/ Michael H. Fitzpatrick*
MICHAEL H. FITZPATRICK, Esq.
BPR 006033
**QUIST, CONE & FISHER., PLLC**
2121 First Tennessee Plaza
Knoxville, TN 37929-9711
865-524-1873 ext. 222
mhf@qcflaw.com